[No. 22281-3-I.   Division One.   June 12, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS RANDALL PIERSON, *Appellant.*

The unpublished opinion in the above captioned case filed on October 15, 1990, and noted at 59 Wn. App. 1027, is *withdrawn* by order of the Court of Appeals dated June 12, 1992.

[No. 28107-1-I.   Division One.   May 4, 1992.]

THE CITY OF SEATTLE, *Petitioner,* v. WILEY SHAW, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-02158-7, Warren Chan, J., entered February 26, 1991. *Reversed* by unpublished per curiam opinion.

[No. 27650-6-I.   Division One.   May 4, 1992.]

MAURICE E. KELLER, ET AL, *Respondents,* v. GREEN VALLEY EQUIPMENT SERVICE, INC., ET AL, *Defendants,* T&T TRUCKING, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-2-05185-4, Terrence A. Carroll, J., entered January 8, 1991. *Reversed* by unpublished opinion per Forrest, J., concurred in by Grosse, C.J., and Scholfield, J.